# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR0713-JLS |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| v. | |
| JUSTIN SLOANE CHALKER (1), HARLAN HIGA (2), BRANDON WHITE (3), JON-PAUL SADAMI PONO NATTO (4), | |
| Defendants. | |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in the above-entitled matter shall be continued from November 20, 2020 at 2:00 p.m. to **January 22, 2021** at **2:00 p.m.** Defendants released on bond shall file acknowledgements of the new hearing date by December 11, 2020.

For the reasons set forth in Joint Motion to Continue Motion Hearing/Trial Setting, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

**IT IS SO ORDERED**.

Dated: November 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge