# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN SLOANE CHALKER (1), <br> HARLAN HIGA (2), <br> BRANDON WHITE (3) <br><br> Defendants. | Case No.: 20-CR-00713-JLS <br><br> **ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Pursuant to a joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in the above-entitled matter shall be continued from **July 23, 2021** at 1:30 p.m. to **August 13, 2021** at 1:30 p.m. Defendants shall file an acknowledgement of the new hearing date by August 6, 2021.

For the reasons set forth in Joint Motion to Continue Motion Hearing/Trial Setting, the Court finds the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendants in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

**IT IS SO ORDERED.**
Dated: July 22, 2021

Hon. Janis L. Sammartino
United States District Judge